**Criminal Case Cover Sheet – U.S. District Court**

23-cr-31-wmc

| **Place of Offense:** | | **Related Case Information:** | |
|---|---|---|---|
| City: | Madison | Superseding Docket Number | |
| County/Parrish: | Dane | Same Defendant New Defendant | |
| | | Magistrate Judge Case Number | 23-mj-41 |
| | | Search Warrant Case Number | 22-mj-67 |
| | | R 20 / R40 from District of | |

**Defendant information:**

Matter to be Sealed: ___ Yes   ✓ No
Def. Name: Hridindu Sankar Roychowdhury
Alias Name:
City/State: Madison, WI
Year of Birth: 1994    Last 4 digits of SSN: 7005
Sex: Male    Race:

**U.S. Attorney Information:**

ELIZABETH ALTMAN    Bar #:
Interpreter:  ✓ No    ___ Yes    List language and/or dialect:

**Location Status:**

Arrest Date: 03/28/2023
✓ Already in Federal Custody as of: 3/28/2023 in Marshal's custody from MA
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1    ___ Petty    ___ Misdemeanor    ✓ Felony
                                      Class A
                                      Class B
                                      Class C

| | **Index Key/Code** | **Description of Offense Charged** | **Counts(s)** |
|---|---|---|---|
| Set 1 | 18 USC § 844(i) | Causing damage by fire or an explosive | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: 4-5-2023    Signature /s/ ELIZABETH ALTMAN