IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 23-cr-31-wmc |
| HRIDINDU SANKAR ROYCHOWDHURY, | |
| Defendant. | |

FILED/REC'D 2023 APR -5 A 11: 42

THE GRAND JURY CHARGES:

## COUNT 1

On or about May 8, 2022, in the Western District of Wisconsin, the defendant,

HRIDINDU SANKAR ROYCHOWDHURY,

maliciously attempted to damage and destroy, by means of fire or an explosive, a building housing ORGANIZATION A, an organization involved in activity affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 844(i)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 4/05/2023

_____
TIMOTHY M. O'SHEA
United States Attorney