

To whom it may concern,

Hridindu S. Roychowdhury will be employed with MOD pizza at 2249 Zier Rd Madison WI upon release.

Best Regards,

Sofia Sarne

General Manager

sofia.sarne@modpizza.com

(432)530-9511

Scanned with CamScanner