April 26, 2023

Re: Letter of Support for Hridindu Roychowdhury

To whom it may concern,

My name is Valerie Lines and I am a graduate student in both the Department of Music and the Information School, a digital archivist, and a community volunteer the city of Madison. I arrived in the city in August 2020, in the height of the pandemic and in the midst of a huge life change. I met Hridindu in my first semester on campus through the graduate student union, the TAA, where he had been active long before I arrived on campus.

Pandemic life was a chaotic and isolating time for all of us, and my friendship with him began in this difficult time, but even in virtual spaces Hridindu was welcoming, kind, and answered any and all questions I had. Most importantly, he made me feel heard and like my questions were worth the time it took to answer them.

After the pandemic eased, we began to meet one another at union events - socials, membership meetings, and especially in the diaper distribution efforts in the TAA, where he played a crucial role in communicating with the Madison Diaper Bank to then transporting diapers to graduate parents all over the city. I learned that he had been doing this work through the pandemic. I developed a deep level of respect to his dedication, sense of duty, and reliability to be there every week for diaper distribution for other graduate students while he was doing his own graduate PhD work.

Later, we learned that we live in the same neighborhood. When I need something – help with moving furniture after my grandmother passed away, a shoulder to cry on through the emotional toll that took on me, advice about personal conflicts with others – Hridindu was always there without hesitation or question, always with a gentle approach and genuine aptitude for listening and compassion. When I inherited more furniture than I had space for after my grandmother's passing, I asked him if I could temporarily store a vanity at his home – he responded by telling me he could be there with his truck that evening. This generosity for those around him, in and outside of his immediate community, shines through in all of his actions, regardless of if the person in question is his neighbor, a stranger who needs bus fare, or a longtime friend who needs shelter.

I truly have not met a human being capable of the same recognition in the humanity and light in others as Hridindu Roychowdhury. The bonds he has with his friends in this city sustain him, and he sustains them. I know that he will not be a flight risk, due to his longstanding dedication to Madison and the people he loves here. We caught up when he left his old job, and we shared a toast to finding new jobs that would make us happy and directly benefit the people around us. Hridindu is not a danger to his community; he left a full-time job to try to be better connected to it.

Hridindu will be welcomed home by many loving people he has connections to if he is released. He is wanted home by many here. His garden is in need of his gentle and careful attention. We are made un-whole by his absence. I believe wholeheartedly he will abide by any conditions set for his pretrial release and that his strong community support system will give him reason to stay.

Sincerely,

Valerie Lines

April 17, 2023

      Re:     Letter of Support for Hridindu Roychowdhury

To Whom It May Concern:

My name is Sameera Ibrahim and I am a graduate student at the University of Wisconsin-Madison (UW) in the Department of Geography, writing in support of Hridindu Roychowdhury's release on bail. I first met Hridindu through the Teaching Assistants' Association (TAA) when I came to UW as a graduate student.

I have worked closely with Hridindu for the past three years through the TAA's free diaper distribution program. This program was absolutely essential to graduate students' abilities to care for their families, and we always had trouble finding reliable volunteers to do the intensive physical and logistical labor necessary to get this help to the community. Hridindu, however, was incredibly consistent and made himself available whenever he was needed; he purchased a pick-up truck in large part to help transport and deliver more diapers to more students in need.

Hridindu's involvement in these efforts speaks to his deep commitment to caring for others. Throughout our work together, I have come to know Hridindu as a kind and empathetic individual who is always willing to help others. For nearly three years, Hridindu selflessly delivered *thousands* of diapers from the Village Diaper Bank to TAA offices and Eagle Heights Community Center each month in his truck, often without additional help. Even though Hridindu is not a parent himself, he understood how necessary the diaper distribution program was for easing the burden on graduate student parents with limited budgets. Delivering diapers each month took hours of physical labor. I will never forget the time Hrindindu helped me go door to door at Eagle Heights (where most UW graduate student families live) delivering diapers in sub-zero temperatures in February 2022 without complaint. These examples, and many others not described here, illustrate Hridindu's dedication to serving others in his community.

On a more personal level, Hridindu has always been an incredibly generous friend. As someone without a car, Hridindu has never hesitated to offer me rides to social and professional events. More importantly, he has never made me feel guilty or like my requests for rides were an undue burden to him. As a friend and colleague of Hridindu's, I know him to be extremely reliable and communicative when I've asked for his assistance. I have no doubt Hridindu will maintain this level of communication and professionalism as required by release conditions.

As a long-term resident of Madison, Hridindu has deep connections to the city – through his graduate studies, the TAA, professional work at Promega Corporation, and many other groups – and he will receive emotional support as well as accountability if released. As demonstrated by Hridindu's strong community ties, he is non-violent and does not pose a risk to public safety. He therefore should be released into the community as his case is adjudicated**.**

Sincerely,

Sameera Ibrahim

4/12/2023

**Re:    Letter of Support for Dr. Hridindu Roychowdhury, Ph.D.**

To Whom It May Concern:

I am Rossteen Mansouri-Rad, a Ph.D. student in neuroscience at the University of Chicago. Before graduate school, I was a program coordinator for an in-home care services non-profit for people with developmental disabilities. I have known Hridindu for 19 years, ever since elementary school. We became best friends in middle school and have maintained a strong and close friendship since. Hridindu is an outstanding friend who has never wavered in his kindness, generosity or support for me.

Since childhood, Hridindu has always been thoughtful and considerate. He often bought me food when I was short on cash; to this day he generously pays for our meals together. More than once, he has let my friends and me stay in his Madison home, even to the point of him staying elsewhere so that we could use all the beds in his home. Hridindu has also listened and counseled me through troubled times—romantic challenges, academic struggles, and family losses.

Hridindu is one of my few friends whom I can talk to about my most personal issues because he compassionately listens without judgement, and then lends sound and rational advice. Hridindu has been a driving force in my own personal growth: he shares his knowledge and wisdom and leads by example. Hridindu not only inspired and encouraged me to pursue higher education, but also inspires me to be a more conscientious person and to make good choices.

On more than one occasion, Hridindu has been the voice of reason for me and my friends—encouraging peaceful resolution and reminding us of how our actions will affect others. I have heard him counsel his male friends on how to treat women better and seen him offer support to women who are getting harassed. I have seen him provide monetary support and shelter to those without a roof over their heads. When I last saw him, he protected my small dog from an attack by a much larger dog by putting his own body between them. Hridindu selflessly comes to the aid of others. His empathy helps him understand the experiences of those less privileged than he, and he uses his voice and good reputation to enlighten those of us around him as well.

More than anything, Hridindu cares about people. When his family is in trouble, he drops what he's doing and comes home to provide an extra set of hands. When his friends need a place to stay, his door is literally always open. When strangers ask for advice or charity he willingly gives it. Hridindu's kindness builds up communities of friends. Every time I see him I am delighted to find how his community of friendships has continued to grow. Even living in different states, we visit each other at least three times a year: I visit him for his birthday, he visits me for mine, and we see each other in New Mexico for Christmas. Our almost two decades of friendship are a testament to how dedicated Hridindu is to his friendships.

Hridindu has planted roots in Madison, WI, and the community he has built around him is just as invested in him and he is in them. Since he moved there for graduate school in 2016, I have seen that community bring out his best self. He has been happier and more comfortable in his own skin than I had ever seen him.

Hridindu has also become a family man, with two cats and a shared home with his partner. When I last saw him in February he was very excited for his plans to go to a wedding on the East Coast and visit his partner who is working in Guatemala, before coming back to Wisconsin to continue to look for a new job. Hridindu does not take his relationships lightly and would never leave his family or friends behind.

Similarly, none of us will leave him behind. His network of friends and family are ready to support him, and attend his trials and hearings along side him. I cannot fathom the idea that he would be a flight risk or in any way dangerous to the community he loves and and works so much to care for, and I know many other people will attest to this as well.

Sincerely,

Rossteen Mansouri-Rad

04/13/2023

**Re: Letter of Support for Hridindu Roychowdhury**

To Whom It May Concern:

Hridindu and I worked in the same laboratory at a biotechnology company for about a year. He was one of the most interesting young scientists who I have had the pleasure to work with, mainly because of his broad interests that range from woodworking to farming to generously helping those in need. He is a gentle soul that cares deeply about other people and is always willing to help you.

Hridindu is well read and has the uncanny ability to offer unique perspectives or solutions to science problems. He is a gifted and amazing person.

Sincerely,

Robin Hurst

April 14, 2023

**Re: Letter of Support for Hridindu Roychowdhury**

To whom it may concern:

My name is Rachel Cueny, and I have known Hridindu since September 2018. We met because we were both in the same PhD program, the Integrated Program in Biochemistry at the University of Wisconsin-Madison. Hridindu was a 3rd year graduate student when I entered the program, and he was always willing to give me and others advice about classes, labs, and graduate school in general. Moving to a new city and beginning graduate school can be very intimidating, and it made such a difference that Hridindu was willing to take time to help me navigate the program.

During the peak of the pandemic, it was especially tough going through graduate school with so many uncertainties. Hridindu continued to prioritize looking out for the wellbeing of others, even in a global pandemic. I recall during a zoom meeting, Hridindu took the time to ask me and others on the call how we were doing. When I mentioned that I had been feeling overwhelmed, Hridindu took the time to message me after the meeting and ask if there was anything that I needed help with or wanted to discuss. Even in the most stressful of times, Hridindu was always kind and compassionate and looked out for those in need.

During my time getting to know Hridindu, he has always been reliable. He is always willing to support his friends and anyone else who is in need. He cares deeply about his friends, his family, and his cats. I am confident that he will obey all court orders and will abide by all conditions the court sets for pretrial release.

Sincerely,

Rachel Cueny

April 12, 2023

**Letter of Support for Dr. Hridindu Sankar Roychowdhury from the Parents**

To Whom It May Concern:

We are Debasmita and Hiranya, Hridindu's mother and father. Our son is an exceptional individual who has grown up to be wise, kind and compassionate. We will be introducing to you our son, Hridindu ("Moon of our Heart").

From early childhood, he has been a kind, sweet, generous, intelligent, and gentle person with a wonderful sense of humor. He never failed to help us with household chores and with caring for his sister; we never had to tell him to do his schoolwork. Hridindu enthusiastically socialized with his friends, sharing books and toys. At age six, he gave away his favorite toy train because his friend asked for it. Hridindu has carried these wonderful qualities into his adulthood.

Hridindu has always been an exceptionally good student, seeking opportunities for intellectual and personal growth at every step of his academic journey with wisdom and purpose. He was selected for two competitive summer research programs in high school: in 2009 at the Air Force Research Laboratory, Kirtland Air Force Base, Albuquerque, and in 2010 at Stanford University. He was also recognized by the New Mexico Higher Education Department for his exemplary scholastic achievement. Amidst academic activities, Hridindu also made time for volunteer work. In high school, he was a member of the Las Cruces High Character Counts Club and the National Honor Society. For his exemplary accomplishments, Hridindu was selected as one of the Mayor's Top Teens in his Junior Year.

Hridindu grew up to be a disciplined individual. At 6, he started swimming, and continued to swim competitively through high school. Despite suffering from asthma, he became one of the best swimmers in the state, qualifying every year in butterfly and crawl for the NM State Swim meets. He excelled as a swimmer because of his discipline and dedication. Hridindu also is an excellent classical piano player.

As a dual credit student in High School, he had already accumulated over 60 college credits at the New Mexico State University by the time he graduated, where he would earn his double undergraduate diploma in Physics and Biochemistry. He tutored Math at NMSU from 2013-16. He graduated in 2016 with Distinction and University Honors. In his senior year, Hridindu received the Outstanding Undergraduate Award from the College of Arts and Sciences. The same year, he was accepted into doctoral programs at University of WI, Milwaukee and Madison with full stipend. He chose to pursue his PhD at the Department of Biochemistry at Madison. For his excellent credentials, Hridindu was awarded a traineeship from the UW-Madison Molecular Biosciences Training Grant in 2016. Despite the COVID-19 pandemic, he persevered and defended his doctoral dissertation in February 2022.

Through all his various endeavors, Hridindu always has time for his friends and family. His generosity, thoughtfulness and compassionate nature draw people to him and, we, as parents, cannot but experience gratitude to the Almighty. In every phase of his life, Hridindu has been able to establish enduring relationships, thus gaining life-long friends.

We always taught Hridindu to be respectful of justice and to be respectful of people, and Hridindu has always taken that to heart. We stressed that being a good human is more important than achieving professional success in any career. Hridindu deeply cares for his family, both immediate and extended, and would never want to bring any emotional harm to them. If released, he would never disobey the court's orders and risk losing his beloved family, partner, friends, and pets. We also know for certain that he will never be a threat to the community he calls his home and loves so dearly.

Please reach out to us for any additional information you may need.


Respectfully,

Debasmita Roychowdhury, PhD
Assoc. Prof. of English, DACC-NMSU


Hiranya S. Roychowdhury, PhD
Professor of Anatomy & Physiology, DACC-NMSU

April 8, 2023

Re: Letter of Support for Hridindu Roychowdhury

To Whom It May Concern,

I am writing this letter in support of my friend, Hridindu Roychowdhury. I have known Hridindu since 2019 when I moved to Madison, Wisconsin, where I currently live and work remotely as a Senior User Researcher for Microsoft. Hridindu is a thoughtful and compassionate person who has been a critical member of our community. I have no doubt that he will be a great contribution to our community and a productive member of society if granted release.

Hridindu has done so many things to serve those in need in his community. He has cooked meals, helped transport anything he can to help people move and decorate their houses, watched friends' pets and plants, and provided a wealth of knowledge on the best techniques for taking care of a garden. Whenever I need help, I know I can rely on Hridindu to respond and help me with anything at the drop of a hat. Hridindu comes over to my and my husband's home in Madison almost weekly, and because he loves to cook and share food, even though it's our house he leads us in preparing dinner for a group of our friends. He is always so generous and contributes ingredients and food, even when we tell him it's not necessary. Hridindu's kindness exemplifies who he is as a person.

I can also attest to Hridindu's wonderful character and peaceful nature. He helped me and my husband with anything we asked for as we prepared for our wedding during the summer of 2022, including driving people to and from the event as well as providing much-needed emotional support. We also relied on him and trusted him to look out for us and to make sure everything went smoothly. During the wedding weekend, without us asking Hridindu passed out wedding programs, guided people to the different event areas, and made sure our family members felt welcome. I know he did all of this because he loves us and wanted us to have a the best wedding possible.

We have spent so much time with Hridindu and his partner, Taryn, and it is clear he is a fantastic partner and friend. We also know how much he loves his two cats, and since Taryn has been away he has been the primary caregiver for them. I have no doubt he will be a loving and wonderful parent when he and Taryn have children.

Finally, I strongly believe that Hridindu is not a flight risk. Hridindu, Taryn, my husband, and I have discussed our future plans for raising kids together in Madison. He has a strong network of friends and a community that he thoughtfully introduced us to when we were new in town. There are many people here, myself and my husband included, who are ready to welcome Hridindu back and to help him comply with all conditions if he is released. There are so many people he loves in Madison, and he has no intention of leaving us behind.

Sincerely,

Paige

April 14, 2023

To Whom It May Concern,

My name is Nathan Murray and I am a research scientist in the biotechnology industry. I am writing this letter in support of Dr. Hridindu Roychowdhury, Ph.D. I have known Hridindu since the fall of 2016 and we worked together both during our graduate studies at the University of Wisconsin-Madison as well as in the biotechnology industry after we graduated. In this time Hridindu has been both an exceptional colleague and a great friend.

Hridindu is a talented biochemist who has been an asset to any team lucky enough to have him. During his graduate studies he led an investigation into a disease-relevant family of proteins called caspases. His work improved the field's understanding of how these proteins function and the insights gleaned from these studies will be useful in developing therapies to treat human disease. After his graduate work, Hridindu took the skills gained from his Ph.D. and was able to apply them to the biotechnology sector. He is a hard-working and creative researcher who helped to provide innovative solutions to questions in the life sciences industry.

In addition to being a first-rate scientist, Hridindu is a dedicated member of the scientific community. We volunteered for a year together on the biochemistry Student-Faculty Liaison Committee, a group aimed to provide mechanisms for professional development and service to the biochemistry community. He also served as a teaching assistant where I was lucky enough to lead a lab course with him. Hridindu was an excellent TA, and undergraduate students greatly benefited from his expertise and guidance, citing him as knowledgeable, kind, approachable, and helpful.

Hridindu has always been a responsible person, both in and out of work. He is there for his colleagues and friends who all deeply care about and support him.  Hridindu is a joyful, kind, and caring individual who I am confident will abide by all conditions set out by the court for pretrial release.

Sincerely,

Dr. Nathan Murray, Ph.D.

April 12, 2023

**Re:     Letter of Support for Hridindu Roychowdhury**

To Whom It May Concern:

My name is Mattie Armstrong. I'm an immigration attorney at a non-profit in California. I have known Hridindu for six years, and I am confident he is a peaceful, good person who would obey any conditions the court might impose if he is released.

I have known Hridindu for nearly six years, because Hridindu's partner Taryn is my best friend. I remember when Taryn first met Hridindu, shortly after she had moved to Madison: she gushed to me about the kind, intelligent, handsome, and hilarious neighbor boy who lived in the apartment above hers. Six years later, Hridindu has proven to be all those things and more.

In the time I have known him, Hridindu has been an incredible partner to Taryn. He has always treated Taryn with the utmost respect and care. He believes in her even when she doesn't believe in herself. He makes her omelets when she's too stressed out about finals to eat. He gives her bear hugs after a hard day at the clinic. And when she had to extend her time in Guatemala, he celebrated her Fulbright Award and promised to visit as soon as he could.

I have also had the honor of becoming Hridindu's friend over the years. I have visited Madison many times, they have visited me, and we have gone to friends' weddings together. Hridindu has been so kind and welcoming to me. We have joked together and laughed until we cried. We've talked about everything from cheese to cats to careers. I have learned few things are as important to Hridindu as excellent food, close family and friends, and his two adorable cats.

I also know for a fact that Hridindu is a good and peaceful person. He cares deeply about people. That is why he has volunteered for many years with mutual aid organizations in Madison and why he doesn't hesitate to do favors for his friends and community members. Not once have I felt afraid of him, in fact quite the opposite: I have always felt incredibly safe around Hridindu and have only ever seen him treat others with compassion and kindness.

Finally, I am confident that Hridindu has far too much to lose for him to risk be rearrested if he were released. He and Taryn plan to start a family and have children together very soon. Hridindu has lived in Madison for many years, and he would be nowhere without his community and family. He will take any conditions of release very seriously if he is released.

I hope you will strongly consider releasing Hridindu during the course of his case. He is a good man, and this would be the right decision. Thank you for your consideration.

Sincerely,

Mattie M. Armstrong

2023-04-13

**Re: Letter of Support for Hridindu Roychowdhury**

To Whom It May Concern:

My name is Dr. Mark Klein and I was a colleague and friend of Hridindu's through graduate school. Following graduate school, I was lucky enough to have Hridindu as a coworker as we both started our post-graduate careers in biotechnology.

Hridindu is someone whose presence I have cherished. Our conversations are always engaging, intellectually stimulating, and amusing because of his warm-hearted and goofy nature. Grabbing a quick bite to eat in the middle of a busy day with Hridindu is something I regularly looked forward to. When I was struggling with my own project at work, Hridindu was one of the first people I would go to and bounce ideas off of. He has a knack for being able to zoom out on a problem, see the bigger picture, and give great scientific insights and support. We also both dabbled as beginner woodworkers and Hridindu was quick to share his knowledge and was willing to meet me at whatever time of day to help me use equipment I was unfamiliar with. Hridindu is just generous and selfless that way.

Hridindu has a sprawling network of friends in the Madison, Wisconsin area, and he often described building a life here for himself and his future family. For all the light-hearted moments we have shared, I could tell how seriously he cared about nurturing a happy and healthy life for himself here. I can't imagine him giving up on that dream. Despite any of the allegations against Hridindu, I would not hesitate to call him in my time of need. I know he would be there for me, as he would for all his friends and family.

Sincerely,

Dr. Mark Klein

4/17/23

RE: Letter of Support for Hridindu Roychowdhury

To Whom It May Concern:

My name is Madison Lands, and I know Hridindu as a key member of the Madison, Wisconsin community. I met Hridindu in January 2022, and in the last 15 months he has welcomed me into his community and helped me feel at home in a place where I previously knew very few people. I have worked closely in community service for much of the last decade, and I have met very few other people so committed to caring for their community as Hridindu.

Hridundu has a truly open door policy at his house, which he sees as a resource that he can share with his friends and loved ones. I have been lucky enough to spend many hours at his home, which has been opened to me in a range of circumstances—frequently as a home office, as a place to spend time with friends, as a place to do my laundry, as a place to gather for meals, and as a space for giving and receiving care. Hrindundu is someone who is careful and kind with others' emotions, and as such is someone who I seek out when I'm upset about something difficult in life.

Hridindu is also incredibly generous with his resources and time. On top of generosity with paying for the check or for other activities, he is a reliable dog and house sitter, and was one of my main sources of support when I had COVID-19. He doesn't do this with the expectation that it will be reciprocated, however. Hridundu's offers of support feel like investments in me as a person and my wellbeing, not favors to be returned. I know I am not unique in this. Hridindu acts for the betterment of those around him, and that investment in community is a part of his roots in Madison, Wisconsin.

I also know Hridindu in his capacity as a key component of the diaper mutual aid project for graduate students at UW. Hridindu's efforts have ensured that many parents in the area have what they need for their children. My understanding is that he has been doing this for the better part of three years. He is humble about it; I only learned about this in early 2023, because I happened to be at his house when it was time for him to go drop off the diapers, and he noted that my SUV would be a helpful addition to transporting the diapers. When we (three people) finished dropping off the diapers, which took around 2 hours, I offered to help him again in the future. His reluctance to ask speaks to his consideration of others' time and commitments. Hridindu is dedicated to making the lives of those around him better, whether people he knows well or people he has never met.

Simply put, Hridindu Roychowdhury has spent the last six years in Madison, Wisconsin, building a community of people who love him dearly. We want to see him succeed and want him to be well, physically and mentally. We will be around to support him through these times.

Thank you for your consideration,

Madison Lands

4/21/2023

Re: Letter of Support for Dr. Hridindu Roychowdhury

To whom it may concern,

My name is Katherine McKenzie and I have known Hridindu for the past six years through University of Wisconsin - Madison's Integrated Program in Biochemistry (IPiB) graduate program. My husband, Aidan McKenzie, entered into IPiB with Hridindu and roomed with him for their first year.

Hridindu is a compassionate and loyal friend. I see this in social settings, like how he will offer to pick something up for you while he's out, but mostly I see this through the way he supported my husband and the rest of their colleagues through graduate school. The journey to get a PhD is long and full of self-doubt; when my husband was struggling either mentally or scientifically, Hridindu would be there to support him through the tough times. They would often grab lunch together and during that time Hridindu was able to comfort and reaffirm Aidan in a way I could not. Hridindu is a brilliant scientist and was generous in the advice, ideas and help he gave Aidan and their cohort during school. Hridinudu was one of the first people I would recommend Aidan to talk to when the imposter syndrome would creep in.

Hridindu is gentle and caring. He is a great cat dad to his two kittens, Juniper and Hagus. We would trust him to take care of our new puppy, Lucy, if given the opportunity. Hridindu is reliable and I have confidence that he is not a flight risk and will abide by all conditions set by the court for pretrial release. Between his partner, Taryn, his cats, his friends, and his community here in Madison, he has a lot to return to.


Sincerely,

Katherine McKenzie

12 April 2023

 Re:Letter of support for Hridindu Roychowdhury

To Whom it May Concern:

I am writing to express my support for and share my personal knowledge of Hridindu Roychowdhury. My name is Kathleen McGinn and I am the Cahners-Rabb Professor of Business Administration at Harvard Business School. I met Hridindu approximately six years ago, when visiting my daughter, Taryn McGinn Valley, in Madison. Taryn had recently moved to a new apartment and Hridindu lived upstairs. Taryn and I were sitting outside on the porch when Hridindu came home and sat with us. He had a comfortable and calming presence, and fully lived up to Taryn's description of him: "He's just so nice!"

When they met, Taryn was in her first year in an MD/PhD program and Hridindu was early in his doctoral program in biochemistry. They've been together ever since, supporting each other through challenging times in their respective graduate programs. They moved in together early in the pandemic and planned to start a family after Taryn finishes her field research in Guatemala later this year. My husband and I have spent lots of time with Hridindu and Taryn. His kindness toward Taryn, as well as toward others, and his thoughtfulness about her needs shine through whenever I'm with him. I'd like to share two personal examples that capture his kindness and thoughtfulness.

In 2019, Taryn and Hridindu went to visit my parents (Taryn's grandparents) in Seattle. My mother had congestive heart failure and was in hospice at home. My sisters, my niece, Taryn, and I were taking shifts helping my parents. We had grown accustomed to walking with my mother around the house, providing support while pulling along her oxygen tank. Hridindu joined the support rotation during his visit; in fact, he was the only man in the family to step up in that way. My mother was completely taken with him. After his visit, my mother – a sometimes-cynical person who could read people well – told me he was the "gentlest guide" she'd ever had.

More recently, on March 27th of this year, Hridindu stayed with my husband and me in Boston. We spent the day walking through Cambridge and Boston. In Central Square (Cambridge), a man asked us for money, explaining that he was a diabetic and needed lunch. Hridindu, without turning to me, said to the man "Let's go in here [the store in front of us]; I don't have cash, but I can buy you lunch with my card." Hridindu is not someone who talks about kindness; he just treats people kindly.

I fully believe that Hridindu's love for Taryn and for his family and friends, and ours for him, mean that he is not a flight risk, that he will not violate the law if released pending trial, and that he will follow all rules laid out for him. He knows how much we all care; he knows he can rely on us for love and support; and he knows that we are relying on him.

Thank you for giving this letter of support your full consideration.

Sincerely,

Kathleen McGinn

March 29, 2023

To Whom It May Concern,

I am writing this letter in support of Hridindu Roychowdry's release. I work as Director of Product Management for SunPower Corporation, one of the nation's leading solar companies. I live in Madison, Wisconsin, just a few miles from Hridindu. I have known Hridindu and considered him a close friend for about 4 years, and we spend quite a bit of time together.

Hridindu is one of those rare friends who shows he cares about me and others through his generous acts of service. This means for instance that when he comes over, he always wants to help – he always helps us prepare dinner, and after dinner he always volunteers to wash the dishes. The first time he did this I was pleasantly surprised but confused - I had never known someone to do this in my own home before. Now I see acts like this from him every day.

His community service has also been very inspiring to me. He helps those in need, including frequently delivering diapers as part of a Madison Mutual Aid group. Often when I invite Hridindu over, he needs to do "diaper delivery" beforehand. He is a great friend to me and others and a valuable member of the community.

Hridindu and I have had many conversations about work because we are both still early on in our careers. He asked me about Product Management (my field of work), and I even helped him find and apply for a few data science roles in the past several months. It took great courage for Hridindu to consider whether the job he had worked towards for 9 challenging years might not be the right field for him.

I'm also close friends with Hridindu's partner, Taryn Valley. I have known Taryn for 10 years. I recently visited Taryn in Guatemala with my wife in March 2023. Taryn is currently living in Guatemala doing anthropology research on a Fulbright grant as part of her MD-PhD program through the University of Wisconsin - Madison. I was excited that Hridindu too would get to visit Taryn. I know Taryn's Guatemalan host family was very excited to taste some of Hridindu's amazing cooking.

I know that Taryn and Hridindu plan to start a family in Madison after Taryn returns from her Fulbright. It's inspiring to hear how excited they are to have kids and raise a family in Madison together. Hridindu and I have also discussed how we both would like to be stay-at-home Dads when we start families. I know Hridindu will be a wonderful father. I'm so grateful to have a friend who feels similarly about the importance of family. I have loved getting to know Hridindu over the past three years and I look forward to many more years being in community with him.

Sincerely,

Kaspar Mueller

April 27, 2023

To Whom It May Concern,

My name is John Walker and I am a recent graduate of the Information School at the University of Wisconsin - Madison. During my time there I worked in multiple capacities including at the Public History Project, Campus Libraries and as a Teaching Assistant in the Folklore program under the Department of German, Nordic & Slavic Studies. During my time in Madison, I also helped volunteer with the Diapers Program and Tribal Libraries, Archives and Museums (TLAM).

I first met Hridindu Roychowdhury when he was helping to create care packages during the pandemic for graduate students with families. We soon discovered we lived not far from each other, and we became close friends. He and his partner would have me over for dinner multiple nights a week. On really cold nights, Hridindu never hesitated to offer me a spare bed so I did not have to walk home in sub-zero temperatures. In this time, I witnessed how thoughtfully he lived with his partner, maintained many friendships, and doted on his two cats.

One winter when I was having an especially difficult time being far from my home and family in Kentucky, Hridindu and Taryn's home became a little haven for me: they assured me I was always welcome, even when they weren't home, whether I needed a home-cooked meal or just a quiet place to study. I honestly have only on the rarest occasion met someone as accepting and caring as Hridindu. His ability to love unconditionally is the keystone of his character, and something I aspire to.

His kindness and friendship helped me get through my very last, toughest year of graduate school. And when my mother passed away just months before my graduation, he immediately sent flowers for the funeral. It was the kindest act a son in grief could receive from a friend.

I was not the only recipient of this kindness and friendship. While many graduate students found it hard to make connections, I never saw Hridindu waver in his warmth or altruism. I have seen him leave in his pajamas in the middle of the night to give friends rides. I have seen him cook bulk meals for those with food insecurity. I have watched him offer rides to the Chicago airport when someone only had the bus as an option. The list goes on and on. Because of my deep and varied experience of his kindness and dedication to his community, I know he will not be a risk to that community if he is granted release pre-trial.

Because his community is so important to him, I know he is not at any risk of leaving that community. He has impressive support networks in Madison. He has friends of many years in Madison, even some who moved there from New Mexico. For someone like him who is so tied to a sense of place, I do not believe he is at any risk of leaving that place or harming that community under any circumstances.

Sincerely,

John Douglas Walker

12 April 2023

**Re:    Letter of Support for Dr. Hridindu Roychowdhury**

To Whom It May Concern:

My name is Indumati Roychowdhury, and I am Hridindu Roychowdhury's sister. I am a Ph.D. student at the University of California - Davis, where I study ecosystem services and the effects of climate-related natural disasters on vulnerable communities. I'm writing this letter in support of my brother, a kind, warm-hearted, and generous man.

I have known and loved Hridindu my entire life. From the beginning of our lives together, Hridindu has always created spaces for people to come together. As children, he always included me in games and activities with his friends. In our teenage years, he selflessly spent his free college evenings tutoring me in calculus. I always struggled more than he did in school, but he never made me feel less than; on the contrary, he always tried to convince me I was smarter than him. In my early twenties, when I experienced a significant personal loss, Hridindu was always a phone call away to listen and process with me for hours. He has a deep capacity for emotional sensitivity, and he has come to my aid many times when I've been troubled, understanding and truly hearing my feelings in a way no one else can.

I have never had to pay for a meal with Hridindu, and to this day he is quick to offer me monetary support for any reason. Last year, I was hit by a car on my bicycle, leaving me with broken bones and significant medical bills; Hridindu generously and without a second thought offered to cover all of my expenses, despite not having very much money of his own. I know from witnessing it firsthand that this generosity extends far beyond blood relatives. I remember one occasion when a friend's truck was stuck in the desert mud; Hridindu was the first person to go to his aide, and he stayed well into the night until the truck could finally be moved. While studying for his Ph.D., Hridindu tirelessly dedicated himself to helping other student workers at University of Wisconsin. He also committed almost a decade to pursuing cutting-edge science. When anyone – friend or stranger – asks Hridindu for help (monetary or otherwise) he does everything he can to help them. People rely on Hridindu because he truly, genuinely cares.

When my brother makes a commitment, he honors it. My brother's roots and family are in New Mexico, while his community and heart is in Madison: both are his home, and he is dedicated wholeheartedly to the friends and loved ones living there. Similarly, we as his support network are dedicated to supporting him in all possible ways.

Hridindu is my sibling, with whom I have shared a lifeline, and I know him to be an unquestionably good person. I also know there are dozens of people that would tell you the same.

Sincerely,

Indumati Roychowdhury

4/13/2023

**Re:     Letter of Support for Hridindu Roychowdhury**

To Whom It May Concern:

My name is Erik Yukl. I am an Associate Professor in the Department of Chemistry and Biochemistry at New Mexico State University where I have been employed since 2013. Hridindu Roychowdhury was an undergraduate at NMSU, double majoring in Physics and Biochemistry. I met him in 2013, and I was thrilled when he decided to start working with me on my research. Hridindu worked in my lab until his graduation from NMSU in 2016. During that time, he contributed to three publications in the *Journal of Biological Chemistry*, a remarkable achievement for any student but particularly for an undergraduate. He rapidly developed expertise with complex biochemical and analytical techniques and demonstrated himself to be an excellent scientific researcher. His kind of talent is rare, and he would be a significant asset to the nation's biomedical research enterprise. He certainly played a critical role in getting my independent research program off the ground.

During the nearly 3 years that he worked for me, I grew to know Hridindu very well personally. In the lab, he was always a team player and very thoughtful of the needs of his lab mates. He was never too busy to help a more junior researcher with an experiment or a technique. Similarly, he was happy to donate his time for various outreach efforts including volunteering to present science demonstrations or organize events for the local community.

I have always observed Hridindu to possess a remarkably peaceful and gentle character, and I have always known him to take his responsibilities seriously. When my wife and I would leave town for extended trips, we had Hridindu stay at our house to keep an eye on our pets, knowing him to be absolutely trustworthy. Thus, it is impossible to imagine Hridindu to be a flight risk or of any danger to himself or others.

He has a loving family and many friends and loved ones who will support him. I am certain that he would never do anything to violate their trust, and his sense of social responsibility will guarantee that he complies with all court orders and hearings. I have stayed in touch with Hridindu all these years because I admire his many fine qualities and genuinely enjoy his company. If there is anything additional that I can provide to attest to the quality of his character, I am happy to do so.

Sincerely,

Erik Yukl, Ph.D.

April 26, 2023

Re: Letter of Support for Hridindu Roychowdhury

To Whom It May Concern:

My name is Eddie Rashan and I am a research scientist with a doctorate in Biochemistry. Hridindu Roychowdhury is one of the first people I met in graduate school seven years ago, and since then he has become a cherished friend of mine. At every milestone in graduate school, Hridindu was always a source of encouragement and instilled confidence in me whenever I doubted my abilities. Beyond being a supportive colleague, Hridindu has a profound commitment to helping those around him. Whether serving as a volunteer to deliver diapers for parents-in-need within Madison, spending an entire day to help someone move into a new home, or inviting you to share one of his incredible homecooked meals, it's clear that Hridindu values the well-being of others.

Hridindu is a person of compassion and empathy. These traits were obvious to me when my mother was diagnosed with an aggressive internal melanoma just one year after starting graduate school. Hridindu was someone I felt comfortable talking to about the evolving uncertainties my family faced and the unimaginable possibility of losing one of the most important people in my life. Despite the demands of graduate school and his volunteering efforts, he regularly checked up on me and always tried to keep my spirits high.

Two years after her diagnosis, my mother passed away. Following this loss, Hridindu remained a constant figure of support for me. Though in a different state, he traveled for hours to attend my mother's wake and express his condolences to my family in person. Hridindu also continued to keep in touch with me during the initial lockdowns in the spring of 2020, again showing he truly cares for others.

For the last 7 years, I've had the privilege of experiencing and witnessing Hridindu's kindness and dedication to those around him. Like many others and for so many reasons, I am grateful to have him as a friend. He holds people he loves and his community in the highest esteem, so he will not be a danger to his community if released pre-trial. His commitment to his family, partner, and friends means he will not be a flight risk as well as comply with every condition set out by the court.

Respectfully,

Eddie Rashan, PhD

April 13, 2023

### Letter of Support for Dr. Hridindu Sankar Roychowdhury

To Whom It May Concern,

My name is Dan Trowbridge, and I'm writing to explain why I believe Hridindu Sankar Roychowdhury should be allowed to interact with, and remain in, his community while awaiting trial.

I have known Hridindu for over 10 years. We both grew up in Las Cruces, New Mexico, and were friends in high school and college. I moved to Madison, Wisconsin several years ago in part because Hridindu lived there, and since then we have become extremely close friends. I would say at this point, Hridindu is more of a brother to me than a friend. I have seen what a compassionate and thoughtful individual he is, in both his personal life and in the greater community. In the past few years, Hridindu has been involved in many projects, including mass-scale cooking and food distribution during the pandemic when people were facing food anxiety and uncertainty, and delivery of diapers to University of Wisconsin students in need.

At a personal level, Hridindu is just as generous. He has a literal "open door" policy at his home. He is always willing to offer a room, whether for friends visiting Madison, people who are in the process of moving, or even just someone needing a place to sleep because it's too late to go home. I have spent countless nights on his couch, snuggling with his cats and waking up to him making us breakfast. He spends most weekends gathering people together for big dinners, which he loves to prepare. And in his spare time, he tries to build tables (which he has succeeded at once so far!).

He is deeply committed to his community and, based on my long friendship with him, I do not believe he could ever be a danger to that community. Concerning the risk of flight, I don't believe this will be an issue. His heart is here in Madison, and he will comply with any requirements in order to be able to stay with the community he loves.

Thank you for your consideration,

Dan Trowbridge

April 13, 2023

**Re: Letter of Support for Hridindu Roychowdhury**

To Whom It May Concern:

My name is Corinne Hale, a PhD/MPH candidate at the University of Wisconsin, Madison. I have called Dr. Hridindu Roychowdhury a friend since 2019. Dr. Roychowdhury is an upstanding citizen with a PhD in biochemistry from the University of Wisconsin, Madison. I know Hridindu to be a gentle, kind, and compassionate person. I would entrust Hridindu with my loved ones' lives. He exudes warmth and is always willing to lend a listening ear. He has personally supported and cared for me as a friend. When I developed an intense food allergy that caused me to be violently ill, Hridindu was there for me. He is a profoundly thoughtful person who even offered to be by my side while laboring with my second child if my husband could not be there to support me in time. These examples are simple but incredibly impactful. I am only one of many people he has cared for in and beyond his social network.

I have always known Dr. Roychowdhury to be a reliable person who is always accessible to people in need. Overtime, he has developed deep and meaningful connections in the Madison community through volunteering as well as his graduate and professional careers. Hridindu is the kind of person that always puts others first. He would often collect and distribute diapers to mothers in need in the Madison area. I am confident that Hridindu will remain committed to serving his community in Madison for many years to come and will abide by the conditions set forth by the court for pretrial release.

Sincerely,

Corinne Hale

April 26, 2023

**Re:     Letter of Support for Hridindu Roychowdhury**

Greetings,

My name is Anthony Flynn. I am a Doctoral Candidate at the University of Wisconsin- Madison (UW), writing in support of Hridindu Roychowdhury's release on bail. I first met Hridindu when I came to UW five years ago through the Teaching Assistants Association (TAA), our graduate student labor union. Since then, we have grown to become close friends.

Throughout our organizing work together, Hridindu has demonstrated remarkable dedication to service in our graduate student and Madison community. This culminated in Hridindu acting as a founding member of our union's mutual aid committee, where he, our colleagues and I developed the TAA's free diaper distribution program in July of 2020. In this program, we distribute approximately 10,000 free diapers to graduate student families in need each month. Time and time again I have heard from our program participants just how essential this resource is, and the impactful role Hridindu has played in facilitating it.

Hridindu has taken the lead on distribution, which entails that each month he acquires, transports, and delivers 10,000 diapers to graduate student families -often on his own! In this effort, Hridindu has made himself available whenever he is needed and supported countless participants and partners. Throughout this effort he has conducted himself with the utmost kindness, which I have witnessed firsthand. There have been a number of occasions where I have been unable to work on the program due to illness or overwhelm with graduate school: each time Hridindu has stepped up. Indeed, his kindness has only been matched by his dedication to helping others meet their material needs.

On a more personal level, Hridindu has always been a caring, compassionate friend: from checking in about my experiences in graduate school, to offering a listening ear during my own periods of adversity. As a friend and colleague of Hridindu's, I know him to be extremely reliable and communicative when I've asked for his assistance. I have no doubt Hridindu will maintain this level of communication and professionalism as required by release conditions.

As a long-term resident of Madison, Hridindu has deep connections to the city – through his graduate studies, the TAA, professional work at Promega Corporation, and many other groups – and he will receive emotional support as well as accountability if released. I for one would be delighted at the prospect of being able to reciprocate the care he has extended me during our friendship. As demonstrated by Hridindu's strong community ties, he is non-violent and does not pose a risk to public safety. He therefore should be released into the community as his case is adjudicated.

Sincerely,

Anthony Flynn

6th April 2023

**Re: Letter of Support for Dr. Hridindu Roychowdhury**

To Whom It May Concern,

I have had the privilege of calling Hridindu Roychowdhury a friend for the past six years. I first met him while interviewing for biochemistry PhD programs, and we got along so well we decided to room together during our first year of graduate school at UW-Madison. Like many people during their first year, I experienced intense feelings of helplessness, anxiety, and imposter syndrome, but Hridindu was always able to ground me with his confidence and positivity.

I wasn't as well-prepared for our classes as some of my classmates, but I could always count on Hridindu to spend extra time with me at home to make sure I understood all the concepts that were troubling me. Even years later as we began our scientific research, I often found myself asking Hridindu for advice on my niche research topic, and he always surprised me with his ingenuity and creative solutions. I think that watching him write his thesis and successfully defend his dissertation helped me believe that I could do the same.

My friend Hridindu is a compassionate person. If you are struggling with something, professional or personal, he will make you feel heard. He has the uncanny ability to remember things you have said that you barely remember saying. He is the friend who will volunteer to help you move for the small price of a shared pizza lunch. He is that friend who does not take himself too seriously, and who helps you realize things are rarely as bad as they seem.

For me, the saddest part about graduate school has been watching my close friends move far away after graduation, so it was a huge relief when I found out that Hridindu was planning to stay in Madison. I have relied heavily on our friendship in the past, and I know I will be able to count on him in the future.

Sincerely,

Aidan McKenzie

April 20, 2023

To Whom It May Concern:

My name is Stephen Kanim. Until I retired in 2015, I was an Associate Professor in the Department of Physics at New Mexico State University in Las Cruces. I first met Hridindu Roychowdhury around 2012 when he was in high school, when he became close friends with my son Russell. When Hridindu started coming over to our house, he expressed an interest in physics, and we would talk about physics and other subjects of mutual interest.

When he graduated from high school, Hridindu enrolled at NMSU, double majoring in physics and biochemistry. He was a strong student: The Department of Physics provided him with financial support through a High Achiever Leadership Scholarship, and he graduated with a GPA somewhere around 3.6 or 3.7 – very impressive for a physics major, and even more impressive considering his biochemistry double major where his fellow students were often pre-med. He graduated with honors and was recognized as an NMSU Crimson Scholar.

While I was teaching at NMSU, I often went out to local public schools to give physics demonstrations. I requested help doing this from the Society of Physics Students, because I knew that younger students would have an easier time imagining themselves in a STEM career if university students were presenting. Hridindu and one other student took on this responsibility, learning how to do the demonstrations and how to present the physics in age-appropriate ways, transporting and caring for the equipment, and giving the presentations. I consistently received positive comments from the coordinating public school teachers about the quality of the Hridindu's presentations and about his interactions with students.

Hridindu comes from a family that values service to others, active participation in their community, and caring for the people around them. Beyond my relationship to him through my son and through the physics department, I know his father Hiranya because for a number of years we were on a small coordinating committee for the local March for Science that was part of Las Cruces' annual Earth Day celebrations. The Roychowdhury family was kind enough to invite my son to go with them on a trip to India for a cousin's wedding for a few weeks when he was 19 years old, and I was grateful to have him so well cared for by Hridindu, Indu, Debasmita, and Hiranya. Like the rest of his family, Hridindu is a caring, trustworthy, and gentle person. I have also asked Hridindu to housesit for me when my family was out of town, and I knew I could trust him to care for our home just as I knew I could trust him to care for my son.

I have no doubt that Hridindu has built the same trusting relationships with people in Wisconsin that he created with me and my family here: That is how he was raised, and that is a large part of who he is. If he is released on bail, he will return to the embrace of family and friends who share with him community expectations of caring, trust, service, and responsibility. Simply put, Hridindu is not a flight risk, and he is not a risk to others. If he says he will return to stand trial, then that is what he will do.

Sincerely,

Stephen Kanim
600 West Union Ave
Las Cruces, NM 88005